UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVADOR MENDOZA, *on behalf of himself and others similarly situated*,

                Plaintiff,

– *against* –

T&S RESTAURANT LLC, *doing business as* Gracie's Corner Diner, *and* ANASTASIO KATSAROS,

                Defendants.

**ORDER**

19 Civ. 11316 (ER)

RAMOS, D.J.:

      The Court referred this case to the court-annexed mediation program in February 2020. Doc. 11. Since then, the parties have scheduled three mediation conferences, the most recent on August 13, 2020.

      The parties are directed to file a joint status update by September 11, 2020. If they have reached a settlement, they are directed to address when they will submit the settlement to the Court for its approval. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Failure to obey this Order could result in sanctions, up to and including dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   September 8, 2020
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.