USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SALVADOR MENDOZA, on behalf of himself
and others similarly situated,

                              Plaintiff,

    -against-

T&S RESTAURANT LLC d/b/a GRACIE'S CORNER
DINER, and ANASTASIO KATSAROS,

                              Defendants.
------------------------------------------------------------------X

Case No. 19-CV-11316
(KHP)

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on December 11, 2019, plaintiff Salvador Mendoza ("Plaintiff") filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiff did not seek certification and no individuals received notice of this action;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

2

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
~~August~~, 2020
September 30,

For the Plaintiff:
CILENTI & COOPER, PLLC

By: _____
Justin Cilenti
Attorneys for Plaintiff
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
(212) 209-3933

For the Defendants:
WARSHAW BURSTEIN, LLP

By: *Marc Lavaia*
Marc Lavaia, Esq.
Attorneys for Defendants
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7740

So Ordered

*Katharine H Parker*
Hon. Katherine H. Parker, U.S.M.J. 10/13/2020

3